## UNITED STATES, Appellee

v

## HERBERT J. GREEN, Private First Class, U. S. Army, Appellant

### 22 USCMA 51, 46 CMR 51

### No. 25,921

### November 17, 1972

Colonel *Arnold I. Melnick,* Captain *J. Houston Gordón,* and *Captain Terrence Ahern* were on the pleadings for Appellant, Accused.

Lieutenant *Colonel Ronald M. Holdaway,* Captain *Richard L. Menson,* Captain *Benjamin P. Fishburne, III,* and *Captain Stan L. Spangler* were on the pleadings for Appellee, United States.

### Opinion of the Court

QUINN, Judge:

The issue in this case is the same as that presented in United States v Bryant, 22 USCMA 36, 46 CMR 36, decided this date. For the reason set out in our opinion in *Bryant,* we conclude that the accused was not subject to double jeopardy by his conviction by the court members of unpremeditated murder, after the trial judge had entered a finding of guilty of the lesser offense of involuntary manslaughter on the basis of the accused's plea of guilty thereto.

The decision of the Court of Military Review is affirmed.

Chief Judge DARDEN and Judge DUNCAN concur.